**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6418**

EDWARD R. MCMILLAN,

                    Plaintiff – Appellant,

          v.

MR. C. JONES, C/O Harnett Correctional Institution,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.  (5:14-ct-03240-H)

Submitted:  December 22, 2016      Decided:  January 18, 2017

Before NIEMEYER, TRAXLER, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward R. McMillan, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Kari Russwurm Johnson, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. McMillan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McMillan v. Jones, No. 5:14-ct-03240-H (E.D.N.C. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED